In the Matter of the Claim of WAYNE A. DODGE, Respondent, against WM. J. KELLER, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 16, 1952; decided October 24, 1952.

*Charles P. Barre* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.